**Delbert Thomas COPELAND, Plaintiff—Appellant,**

v.

**Beth ARTHUR, Sheriff; Kevin Pope, Deputy; Foster Lincoln, Deputy, Defendants—Appellees.**

No. 08–6806.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 28, 2008.

Decided: Oct. 14, 2008.

Delbert Thomas Copeland, Appellant Pro Se.

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Delbert Thomas Copeland appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Copeland v. Arthur,* No. 2:07–cv–00473–RAJ–TEM (E.D.Va. Apr. 22, 2008).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* We note that because the district court's dismissal was without prejudice, Copeland may refile his complaint and pay the requisite filing fee. We express no opinion on the timeliness or the merits of the original complaint or any complaint Copeland may choose to file in the future.